# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA FRIAS-VEGA ) | Case No.: 1:20-cv-01330 AWI JLT |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. ) | (Doc. 9) |
| THE HOME DEPOT, et al., ) | |
| Defendants. ) | |

The parties report they had come to terms of settlement. (Doc. 9) They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than February 5, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **December 2, 2020**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE