## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA FRIAS-VEGA, ) | Case No.: 1:20-cv-01330 AWI JLT |
| Plaintiff, ) | ORDER CLOSING THE ACTION |
| v. ) | (Doc. 11) |
| THE HOME DEPOT, et al., ) | |
| Defendants. ) | |

The parties have stipulated to the action being dismissed with prejudice with each side to bear their own costs. (Doc. 11) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **December 27, 2020**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE